# Exhibit 2

| US11032524 | Lorex W881AAD-E ("The accused product") |
|---|---|
| 7. A camera comprising: | The accused product is a camera.<br><br>As shown below, the accused product is a camera.<br><br><br><br>https://www.lorex.com/products/w881aad-4k-spotlight-indoor-outdoor-wi-fi-security-camera |

| | |
|---|---|
| | **Seeing security in a new light**<br><br>See the finest detail with the Lorex 4K Spotlight Indoor/Outdoor Wi-Fi Security Camera. Always know what's happening with Smart Motion Detection Plus, which features 4 detection types— Person, Vehicle, Animal, and Package Detection. Get detailed notifications when someone arrives at your door, when a car pulls into the driveway, a pet has wandered outside, and when a package is delivered. Customize your security with Smart Security Lighting. Assign specific colors for different motion events– choose from 16.7 Million colors. Turn on the Color Night Vision Booster to see full-color video, day and night. Enjoy faster camera connectivity with the next-generation Wi-Fi 6 Technology. Your security, your way– expand and create a Smart Home Ecosystem by pairing this camera with additional Lorex Fusion Wi-Fi cameras and devices.<br><br>https://d2zri47w41ywm3.cloudfront.net/downloads/security-cameras/W881AA/W881AAD_Series_Specs_R6.pdf<br><br><br><br>https://www.lorex.com/products/w881aad-4k-spotlight-indoor-outdoor-wi-fi-security-camera |
| a memory comprises computer program code, and | The accused product discloses a memory (e.g., memory holding the firmware of the accused product) comprises computer program code (e.g., firmware).<br><br>As shown below, the accused product runs firmware that provides various |

features. This firmware is stored in nonvolatile memory of the accused product.



https://www.youtube.com/watch?v=0_oJBfdLDBE&t=77s

# What is firmware?

Firmware, also known as "software for hardware," is program code embedded in hardware devices that enables them and their features to function properly. Firmware is regularly updated to fix common problems, add or expand features or increase a device's compatibility with new technologies.

Many devices rely on firmware to function, including TVs, cameras, mobile phones, printers, drives and more. Firmware is located in a device's nonvolatile memory, where content can be stored when a device is off. Firmware can be written to different memory types including, random access memory (RAM), read-only memory (ROM), erasable programmable read-only memory (EPROM) and flash memory.

Whitepaper

Empowering platform teams to do cloud right

Learn how platform teams can standardize workflows and unify infrastructure and security lifecycle management with a platform-as-a-product approach.

Read the whitepaper →

https://www.ibm.com/think/topics/firmware

| | |
|---|---|
| | The technology behind **IP security cameras** is very unlike webcams. Computer webcams are only the image sensors which merely capture a raw video file and transmit the data through USB cables. A software application running on the computer (not the camera) utilizes the computer processor to encode the analog input to digital. IP cameras, on the other hand **have their own CPU** (central processing unit), and components necessary to do the encoding, decoding, apply algorithms etc.  Below is an illustrative diagram of an IP camera.  Also highlighted with a dashed red line is the analog part of the camera and all the rest are additional components that make it an IP camera.<br><br>Contrary to a webcam, an IP security camera has its own web server. Meaning it has the capacity to stream video independently from a computer.  That's why similar to a computer, memory components and a CPU exist within a camera to handle video compression, web server firmware, de-interlace preprocessing, noise filtering and so on.<br><br>https://cctvagent.com/security-cameras/inside-ip-security-cameras |
| at least one processor configured to, with the computer program code, cause the camera to: | The accused product discloses at least one processor (e.g., processor of the accused product) configured to, with the computer program code (e.g., firmware).<br><br>As shown below, the accused product is a camera and includes a processor that runs firmware.<br><br><br>Source: Teardown of the accused product |

The technology behind IP security cameras is very unlike webcams. Computer webcams are only the image sensors which merely capture a raw video file and transmit the data through USB cables. A software application running on the computer (not the camera) utilizes the computer processor to encode the analog input to digital. IP cameras, on the other hand **have their own CPU** (central processing unit), and components necessary to do the encoding, decoding, apply algorithms etc.  Below is an illustrative diagram of an IP camera.  Also highlighted with a dashed red line is the analog part of the camera and all the rest are additional components that make it an IP camera.

Contrary to a webcam, an IP security camera has its own web server. Meaning it has the capacity to stream video independently from a computer.  That's why similar to a computer, memory components and a CPU exist within a camera to handle video compression, web server firmware, de-interlace preprocessing, noise filtering and so on.

https://cctvagent.com/security-cameras/inside-ip-security-cameras



https://www.youtube.com/watch?v=0_oJBfdLDBE&t=77s

<table>
<tr>
<td></td>
<td>

## What is firmware?

Firmware, also known as "software for hardware," is program code embedded in hardware devices that enables them and their features to function properly. Firmware is regularly updated to fix common problems, add or expand features or increase a device's compatibility with new technologies.

Many devices rely on firmware to function, including TVs, cameras, mobile phones, printers, drives and more. Firmware is located in a device's nonvolatile memory, where content can be stored when a device is off. Firmware can be written to different memory types including, random access memory (RAM), read-only memory (ROM), erasable programmable read-only memory (EPROM) and flash memory.

**Whitepaper**
Empowering platform teams to do cloud right

Learn how platform teams can standardize workflows and unify infrastructure and security lifecycle management with a platform-as-a-product approach.

Read the whitepaper →

https://www.ibm.com/think/topics/firmware

</td>
</tr>
<tr>
<td>

associate a unique identifier of the first device with the camera;

</td>
<td>

The accused product discloses associating a unique identifier (e.g., a unique IP address) of the first device (e.g., a first device used to access the accused product) with the camera (e.g., the accused product).

As shown below, the accused product connects to the Lorex Classic app via Wi-Fi. A user accesses the accused product from a first device using login credentials. Upon such access, the accused product establishes an IP session with the first device and uses the source IP address of the first device as an identifier during communication. This IP address serves as a unique identifier of the first device and associates the first device with the camera for the duration of the session.

See the finest detail with the Lorex 4K Spotlight Indoor/Outdoor Wi-Fi Security Camera. This is no ordinary camera – now with Smart Security Lighting, you can customize your camera's LED band to the color of your choice. Know what's happening and faster with Person, Vehicle, Animal and Package Detection and the next-generation Wi-Fi 6 Technology. Hear and speak instantly with 2-Way Talk and Quick Response. Build your security the way you want with Fusion – create a Smart Home Ecosystem by pairing this camera with additional Lorex Fusion Wi-Fi and Wired cameras and devices.

https://www.lorex.com/products/w881aad-4k-spotlight-indoor-outdoor-wi-fi-

</td>
</tr>
</table>

security-camera

## Wi-Fi Connection

When a Wi-Fi client (also called station) joins a network, two fundamental processes are involved: the WPA supplicant, which manages Wi-Fi Protected Access authentication, and the DHCP client, which obtains network configuration through the Dynamic Host Configuration Protocol. These two key process enables devices to connect to the internet wirelessly.

The WPA supplicant process handles the *802.11 Authentication and Association* of the client with a BSSID. After 802.11 Authentication and Association, the 4-way handshake establishes a secure, authenticated connection between the client and the access point.

After authenticating, and associating to the network, the DHCP client requests a dynamic IP address. The client will use the IP address to connect to the network and exchange communication with the outside world. At this point, the client can connect to the internet through the wireless router, and multiple devices can access the internet simultaneously using the same Wi-Fi network.

https://netbeez.net/blog/how-wifi-connection-works/

# What Is an IP Session?

An IP session refers to a temporary connection between two devices (e.g., your computer and a website server) using their Internet Protocol (IP) addresses. It establishes a pathway for data exchange, with a defined start and end point. Sessions are governed by protocols like TCP/IP and are essential for tasks requiring persistent communication, such as:

unique identifier

https://blog.proxy302.com/index.php/what-are-ip-sessions-the-complete-guide-2025/

## How does TCP/IP work – without going into too much detail?

The TCP/IP protocol is designed such that each computer or device in a network has a unique "IP Address" (Internet Protocol Address) and each IP address can open and communicate over up to 65535 different "ports" for sending and receiving data to or from any other network device. The IP Address uniquely identifies the computer or device on the network and a "Port Number" identifies a specific connection between one computer or device and another (i.e between two IP Addresses). A TCP/IP "port" can be thought of as a private two-way communications line where the port number is used to identify a unique connection between two devices. The concept is very similar to any other type of port on your PC (serial, parallel, etc) except that instead of having a physical connection, the TCP/IP protocol creates a "virtual IP port" and the network hardware and software is responsible for routing data in and out of each virtual IP port.

https://www.taltech.com/support/a_brief_overview_of_tcp_ip_communications/

<table>
<tr>
<td></td>
<td>



Source: usage of Lorex classic app
</td>
</tr>
<tr>
<td>

establish a first communication with the first device based on the unique identifier of the first device, where the first communication allows the first device to control the camera, wherein controlling the camera comprising one or more of: capturing an image using the camera, capturing a video using the camera, zooming the camera, panning the camera, and tilting the camera;
</td>
<td>

The accused product discloses establishing a first communication (e.g., first session) with the first device (e.g., a first device used to access the accused product) based on the unique identifier (e.g., a unique IP address) of the first device (e.g., a first device used to access the accused product), where the first communication (e.g., first session) allows the first device (e.g., a first device used to access the accused product) to control the camera (e.g., the accused product), wherein controlling the camera comprising one or more of: capturing an image using the camera, capturing a video using the camera, zooming the camera, panning the camera, and tilting the camera.

As shown below, the accused product connects to the Lorex Classic app via Wi-Fi. A user accesses the accused product from a first device using login credentials. Upon such access, the accused product establishes an IP session with the first device and uses the source IP address of the first device as an identifier during communication. Upon successful authentication, the interface allows the user to control the accused product, including functions such as capturing images.
</td>
</tr>
</table>

See the finest detail with the Lorex 4K Spotlight Indoor/Outdoor Wi-Fi Security Camera. This is no ordinary camera – now with Smart Security Lighting, you can customize your camera's LED band to the color of your choice. Know what's happening and faster with Person, Vehicle, Animal and Package Detection and the next-generation Wi-Fi 6 Technology. Hear and speak instantly with 2-Way Talk and Quick Response. Build your security the way you want with Fusion – create a Smart Home Ecosystem by pairing this camera with additional Lorex Fusion Wi-Fi and Wired cameras and devices.

https://www.lorex.com/products/w881aad-4k-spotlight-indoor-outdoor-wi-fi-security-camera

## Wi-Fi Connection

When a Wi-Fi client (also called station) joins a network, two fundamental processes are involved: the WPA supplicant, which manages Wi-Fi Protected Access authentication, and the DHCP client, which obtains network configuration through the Dynamic Host Configuration Protocol. These two key process enables devices to connect to the internet wirelessly.

The WPA supplicant process handles the *802.11 Authentication and Association* of the client with a BSSID. After 802.11 Authentication and Association, the 4-way handshake establishes a secure, authenticated connection between the client and the access point.

After authenticating, and associating to the network, the DHCP client requests a dynamic IP address. The client will use the IP address to connect to the network and exchange communication with the outside world. At this point, the client can connect to the internet through the wireless router, and multiple devices can access the internet simultaneously using the same Wi-Fi network.

https://netbeez.net/blog/how-wifi-connection-works/

# What Is an IP Session?

An IP session refers to a temporary connection between two devices (e.g., your computer and a website server) using their Internet Protocol (IP) addresses. It establishes a pathway for data exchange, with a defined start and end point. Sessions are governed by protocols like TCP/IP and are essential for tasks requiring persistent communication, such as:

unique identifier

https://blog.proxy302.com/index.php/what-are-ip-sessions-the-complete-guide-2025/

## How does TCP/IP work – without going into too much detail?

The TCP/IP protocol is designed such that each computer or device in a network has a unique "IP Address" (Internet Protocol Address) and each IP address can open and communicate over up to 65535 different "ports" for sending and receiving data to or from any other network device. The IP Address uniquely identifies the computer or device on the network and a "Port Number" identifies a specific connection between one computer or device and another (i.e between two IP Addresses). A TCP/IP "port" can be thought of as a private two-way communications line where the port number is used to identify a unique connection between two devices. The concept is very similar to any other type of port on your PC (serial, parallel, etc) except that instead of having a physical connection, the TCP/IP protocol creates a "virtual IP port" and the network hardware and software is responsible for routing data in and out of each virtual IP port.

https://www.taltech.com/support/a_brief_overview_of_tcp_ip_communications/



https://www.youtube.com/watch?v=3A97kJdXpFs



https://www.youtube.com/watch?v=3A97kJdXpFs



https://www.lorex.com/blogs/help/lorex-app-shared-users

| associate a unique identifier of the second device with the camera; and | The accused product discloses associating a unique identifier (e.g., a unique IP address) of the second device (e.g., a second device used to access the accused product) with the camera (e.g., the accused product). |
| | As shown below, the accused product connects to the Lorex Classic app via Wi-Fi. A user accesses the accused product from a second device using login credentials. Upon such access, the accused product establishes an IP session with the second device and uses the source IP address of the second device as an identifier during communication. This IP address serves as a unique identifier of the second device and associates the second device with the camera for the duration of the session. |

See the finest detail with the Lorex 4K Spotlight Indoor/Outdoor Wi-Fi Security Camera. This is no ordinary camera – now with Smart Security Lighting, you can customize your camera's LED band to the color of your choice. Know what's happening and faster with Person, Vehicle, Animal and Package Detection and the next-generation Wi-Fi 6 Technology. Hear and speak instantly with 2-Way Talk and Quick Response. Build your security the way you want with Fusion – create a Smart Home Ecosystem by pairing this camera with additional Lorex Fusion Wi-Fi and Wired cameras and devices.

https://www.lorex.com/products/w881aad-4k-spotlight-indoor-outdoor-wi-fi-security-camera

## Wi-Fi Connection

When a Wi-Fi client (also called station) joins a network, two fundamental processes are involved: the WPA supplicant, which manages Wi-Fi Protected Access authentication, and the DHCP client, which obtains network configuration through the Dynamic Host Configuration Protocol. These two key process enables devices to connect to the internet wirelessly.

The WPA supplicant process handles the *802.11 Authentication and Association* of the client with a BSSID. After 802.11 Authentication and Association, the 4-way handshake establishes a secure, authenticated connection between the client and the access point.

After authenticating, and associating to the network, the DHCP client requests a dynamic IP address. The client will use the IP address to connect to the network and exchange communication with the outside world. At this point, the client can connect to the internet through the wireless router, and multiple devices can access the internet simultaneously using the same Wi-Fi network.

https://netbeez.net/blog/how-wifi-connection-works/

# What Is an IP Session?

An IP session refers to a temporary connection between two devices (e.g., your computer and a website server) using their Internet Protocol (IP) addresses. It establishes a pathway for data exchange, with a defined start and end point. Sessions are governed by protocols like TCP/IP and are essential for tasks requiring persistent communication, such as:

unique identifier

https://blog.proxy302.com/index.php/what-are-ip-sessions-the-complete-guide-2025/

## How does TCP/IP work – without going into too much detail?

The TCP/IP protocol is designed such that each computer or device in a network has a unique "IP Address" (Internet Protocol Address) and each IP address can open and communicate over up to 65535 different "ports" for sending and receiving data to or from any other network device. The IP Address uniquely identifies the computer or device on the network and a "Port Number" identifies a specific connection between one computer or device and another (i.e between two IP Addresses). A TCP/IP "port" can be thought of as a private two-way communications line where the port number is used to identify a unique connection between two devices. The concept is very similar to any other type of port on your PC (serial, parallel, etc) except that instead of having a physical connection, the TCP/IP protocol creates a "virtual IP port" and the network hardware and software is responsible for routing data in and out of each virtual IP port.

https://www.taltech.com/support/a_brief_overview_of_tcp_ip_communications/



Source: usage of Lorex classic app

| | |
|---|---|
| establish a second communication with the second device based on the unique identifier of the second device, where the second communication allows the second device to control the camera, wherein controlling the camera comprising one or more of: capturing an image using the camera, capturing a video using the camera, zooming the camera, panning the camera and, tilting the camera. | The accused product discloses establishing a second communication (e.g., second IP session) with the second device (e.g., a second device used to access the accused product) based on the unique identifier (e.g., a unique IP address) of the second device (e.g., a second device used to access the accused product), where the second communication (e.g., second IP session) allows the second device (e.g., a second device used to access the accused product) to control the camera, wherein controlling the camera (e.g., the accused product) comprising one or more of: capturing an image using the camera, capturing a video using the camera, zooming the camera, panning the camera and, tilting the camera. |
| | As shown below, the accused product is accessed by a second device using the Lorex Classic app over a Wi-Fi through an invite given using an email address to provide access to the accused product to other users. A user accesses the accused product from a second device using login credentials. Upon such access, the accused product establishes an IP session with the second device and uses the source IP address of the second device as an identifier during communication. Upon successful authentication, the interface allows the user to control the accused product, including functions such as capturing images. |

See the finest detail with the Lorex 4K Spotlight Indoor/Outdoor Wi-Fi Security Camera. This is no ordinary camera – now with Smart Security Lighting, you can customize your camera's LED band to the color of your choice. Know what's happening and faster with Person, Vehicle, Animal and Package Detection and the next-generation Wi-Fi 6 Technology. Hear and speak instantly with 2-Way Talk and Quick Response. Build your security the way you want with Fusion – create a Smart Home Ecosystem by pairing this camera with additional Lorex Fusion Wi-Fi and Wired cameras and devices.

https://www.lorex.com/products/w881aad-4k-spotlight-indoor-outdoor-wi-fi-security-camera

## Wi-Fi Connection

When a Wi-Fi client (also called station) joins a network, two fundamental processes are involved: the WPA supplicant, which manages Wi-Fi Protected Access authentication, and the DHCP client, which obtains network configuration through the Dynamic Host Configuration Protocol. These two key process enables devices to connect to the internet wirelessly.

The WPA supplicant process handles the *802.11 Authentication and Association* of the client with a BSSID. After 802.11 Authentication and Association, the 4-way handshake establishes a secure, authenticated connection between the client and the access point.

After authenticating, and associating to the network, the DHCP client requests a dynamic IP address. The client will use the IP address to connect to the network and exchange communication with the outside world. At this point, the client can connect to the internet through the wireless router, and multiple devices can access the internet simultaneously using the same Wi-Fi network.

https://netbeez.net/blog/how-wifi-connection-works/

# What Is an IP Session?

An IP session refers to a temporary connection between two devices (e.g., your computer and a website server) using their Internet Protocol (IP) addresses. It establishes a pathway for data exchange, with a defined start and end point. Sessions are governed by protocols like TCP/IP and are essential for tasks requiring persistent communication, such as:

unique identifier

https://blog.proxy302.com/index.php/what-are-ip-sessions-the-complete-guide-2025/

## How does TCP/IP work – without going into too much detail?

The TCP/IP protocol is designed such that each computer or device in a network has a unique "IP Address" (Internet Protocol Address) and each IP address can open and communicate over up to 65535 different "ports" for sending and receiving data to or from any other network device. The IP Address uniquely identifies the computer or device on the network and a "Port Number" identifies a specific connection between one computer or device and another (i.e between two IP Addresses). A TCP/IP "port" can be thought of as a private two-way communications line where the port number is used to identify a unique connection between two devices. The concept is very similar to any other type of port on your PC (serial, parallel, etc) except that instead of having a physical connection, the TCP/IP protocol creates a "virtual IP port" and the network hardware and software is responsible for routing data in and out of each virtual IP port.

https://www.taltech.com/support/a_brief_overview_of_tcp_ip_communications/



https://www.lorex.com/blogs/help/lorex-app-shared-users



https://www.lorex.com/blogs/help/lorex-app-shared-users



https://www.youtube.com/watch?v=3A97kJdXpFs



communication

controlling the camera

https://www.lorex.com/blogs/help/lorex-app-shared-users